KEVIN K. ENG (SBN 209036)
keng@mzclaw.com
MARKUN ZUSMAN FRENIERE & COMPTON LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN SIEGAL, JAMES RYBICKI, DAVID GROBLEBE, individually and as General Partner of GROBCO II, and CHRISTIAN WIPF, ON BEHALF OF THEMSELVES AND ALL INDIVIDUALS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>G. THOMAS GAMBLE, LOREN J. MILLER, HENRY LOWENSTEIN, PAUL W. BATEMAN, EDWARD M. GABRIEL, JAMES S. MAYER, BEHROOZ SARAFRAZ, LYNN BLYSTONE, ALFRED LOPEZ, MASTON CUNNINGHAM, JOHN DURBIN, GREG BILLINGER, K&L GATES LLP, CHARLES A. DALE III, JOSHUA LANE, AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No. 13 Civ. 3570-JSC<br><br>**FIFTH STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS** |

///
///
///
///
///
///

---

Fifth Stipulation and [Proposed] Order Staying Proceedings          Case No. 13 Civ. 3570-JSC

WHEREAS, on June 27, 2013, plaintiffs filed a Complaint (the "Complaint") in the Superior Court of the State of California, County of San Francisco against the named defendants;

WHEREAS, on August 1, 2013, the action was timely removed from the Superior Court of the State of California, County of San Francisco, to the United States District Court for the Northern District of California;

WHEREAS, all parties have agreed that it is in the best interests of all parties to explore the possibility of consensual resolution and to stay this litigation during that process;

WHEREAS, a mediation involving the parties and counsel in this action and in the jointly administered proceedings in the United States Bankruptcy Court for the District of Delaware (Case No. 12-12291 (MFW)) was held on November 12, 2013 (the "November Mediation");

WHEREAS, the November Mediation was productive, but the parties agreed that further mediation sessions would be beneficial, and accordingly subsequent mediation sessions were held on January 8, 2014, and on February 7, 2014;

WHEREAS, a number of the parties have reached agreements in principle, and are in the process of finalizing all the terms of their agreements;

WHEREAS, in furtherance of efforts to reach a consensual resolution, the parties previously entered into stipulations to stay proceedings in this action temporarily, while preserving any and all claims, defenses, or other rights they may have, and without prejudice to any party;

WHEREAS, the Court previously approved the parties' prior stipulations (See Doc. Nos. 18, 22, 24), with the most current stay scheduled to lapse on February 28, 2014;

WHEREAS, the parties believe that a further temporary stay of proceedings is likely to conserve judicial economy and the parties' resources;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between and among all parties, subject to the approval of the Court, as follows (the "Stipulation"):

1. The above-captioned action shall be stayed until April 25, 2014;

2. Plaintiffs' deadline to file a motion to remand is extended until May 26, 2014;

3. Defendants' deadline to file a responsive pleading or a motion to dismiss the Complaint is extended until June 16, 2014 or, in the event that a motion to remand is filed, until 45 days after the entry of the Court's order deciding the remand motion;

4. The Case Management Conference ("CMC") currently set for ~~June 5, 2014~~ *April 3, 2014* is continued until July 31, 2014. All other deadlines listed in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. The deadline by which the parties must file written consent to the jurisdiction of the magistrate judge or request reassignment to a district judge also shall be continued until the date on which the parties must file the initial CMC statement;

5. The fact of this Stipulation shall not be used by any party in arguing against any motion or pleading that may be filed, including responsive pleadings, motions to dismiss the Complaint, or other motions (including, without limitation, motions for transfer or motions for remand), and this Stipulation and the fact of delay due to this stay may not be used in any way in support of or against any motion that may be filed by any party;

6. This Stipulation shall not act to shorten the time that any party would otherwise have to move or respond pursuant to the Federal Rules of Civil Procedure or any applicable local rules, and shall be without prejudice to any party's right to seek, and the opposing parties' right to oppose, an additional extension of time to file or respond; and

///
///
///
///
///
///

7. No defenses of any defendant to this action, including without limitation the defense of lack of personal jurisdiction, are prejudiced or waived by the submission of this Stipulation.

Dated: 2/28/2014

SIMPSON THACHER & BARTLETT LLP

By /s/
    Simona G. Strauss

Attorneys for Defendants Paul W. Bateman, Greg Billinger, Maston Cunningham, John Durbin, Edward M. Gabriel, Henry Lowenstein, James S. Mayer, and Loren J. Miller

Dated: 2/28/2014

AKERMAN LLP (F/K/A AKERMAN SENTERFITT)

By /s/
    Karen Ciccone

Attorneys for Defendant Lynn Blystone

Dated: 3/3/2014

COOKE KOBRICK & WU LLP

By /s/
    Christopher C. Cooke

Attorneys for Defendants Behrooz Sarafraz and Alfred Lopez

///
///

| | |
|---|---|
| Dated: 2/28/2014 | REED SMITH LLP<br><br>By /s/<br>    James Neudecker<br><br>Attorneys for Defendant G. Thomas Gamble |
| Dated: 2/28/2014 | K&L GATES LLP<br><br>By /s/<br>    Charles Tea<br><br>Attorneys for Defendants K&L Gates LLP, Charles A. Dale III, and Joshua Lane |
| Dated: 2/28/2014 | MARKUN ZUSMAN FRENIERE & COMPTON LLP<br><br>By /s/<br>    Edward S. Zusman<br><br>Attorneys for Plaintiffs |

**ORDER**

Pursuant to the parties' stipulation and pursuant to Rule 6-1(a) of the Civil Local Rules, the Court hereby adopts and approves the terms of the parties' stipulation set forth above. This action is stayed until April 25, 2014. The Case Management Conference is continued to July 31, 2014, at 10:00 am. ~~1:30 p.m.~~ A joint Case Management Statement and Consent/Declination are due on July 24, 2014.

IT IS SO ORDERED.

Dated: 3/11/14

_____
The Honorable ~~Jacqueline S. Corley~~
United States ~~Magistrate Judge~~
                District Judge

6
Fifth Stipulation and [Proposed] Order Staying Proceedings                    Case No. 13 Civ. 3570-JSC