1  KEVIN K. ENG (SBN 209036)
   keng@mzclaw.com
2  MARKUN ZUSMAN FRENIERE & COMPTON LLP
   465 California Street, 5th Floor
3  San Francisco, California 94104
   Telephone: (415) 438-4515
4  Facsimile: (415) 434-4505

5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 STEVEN SIEGAL, JAMES RYBICKI, DAVID         ) Case No. 13 Civ. 3570-RS
   GROBLEBE, individually and as General Partner )
12 of GROBCO II, and CHRISTIAN WIPF, ON        ) **SIXTH STIPULATION AND**
   BEHALF OF THEMSELVES AND ALL                ) **[PROPOSED] ORDER STAYING**
13 INDIVIDUALS SIMILARLY SITUATED,             ) **PROCEEDINGS**
                                               )
14                               Plaintiffs,)
                                               )
15                 vs.                          )
                                               )
16 G. THOMAS GAMBLE, LOREN J. MILLER,          )
   HENRY LOWENSTEIN, PAUL W. BATEMAN,          )
17 EDWARD M. GABRIEL, JAMES S. MAYER,          )
   BEHROOZ SARAFRAZ, LYNN BLYSTONE,            )
18 ALFRED LOPEZ, MASTON CUNNINGHAM,            )
   JOHN DURBIN, GREG BILLINGER, K&L            )
19 GATES LLP, CHARLES A. DALE III, JOSHUA      )
   LANE, AND DOES 1 THROUGH 100,               )
20 INCLUSIVE,                                   )
                                               )
21                              Defendants.)

22

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

WHEREAS, on June 27, 2013, plaintiffs filed a Complaint (the "Complaint") in the Superior Court of the State of California, County of San Francisco against the named defendants;

WHEREAS, on August 1, 2013, the action was timely removed from the Superior Court of the State of California, County of San Francisco, to the United States District Court for the Northern District of California;

WHEREAS, all parties have agreed that it is in the best interests of all parties to explore the possibility of consensual resolution and to stay this litigation during that process;

WHEREAS, a mediation involving the parties and counsel in this action and in the jointly administered proceedings in the United States Bankruptcy Court for the District of Delaware (Case No. 12-12291 (MFW)) was held on November 12, 2013 (the "November Mediation");

WHEREAS, the November Mediation was productive, but the parties agreed that further mediation sessions would be beneficial, and accordingly subsequent mediation sessions were held on January 8, 2014, and on February 7, 2014;

WHEREAS, a number of the parties have reached agreements in principle, and are in the process of finalizing all the terms of their agreements;

WHEREAS, the settling parties have been working diligently to finalize the settlement, but have not yet reached final terms due to the complexity of the case and number of parties involved in this action and the Delaware proceedings;

WHEREAS, in furtherance of efforts to reach a consensual resolution, the parties previously entered into stipulations to stay proceedings in this action temporarily, while preserving any and all claims, defenses, or other rights they may have, and without prejudice to any party;

WHEREAS, the Court previously approved the parties' prior stipulations (See Doc. Nos. 18, 22, 24, 32), and the most current stay lapsed on April 25, 2014;

WHEREAS, the parties believe that a further temporary stay of proceedings is likely to conserve judicial economy and the parties' resources;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between and among all parties, subject to the approval of the Court, as follows (the "Stipulation"):

1. The above-captioned action shall be stayed until June 20, 2014;

2. Plaintiffs' deadline to file a motion to remand is extended until July 21, 2014;

3. Defendants' deadline to file a responsive pleading or a motion to dismiss the Complaint is extended until August 11, 2014 or, in the event that a motion to remand is filed, until 45 days after the entry of the Court's order deciding the remand motion;

4. The Case Management Conference ("CMC") currently set for July 31, 2014 is continued until September 25, 2014. All other deadlines listed in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly;

5. The fact of this Stipulation shall not be used by any party in arguing against any motion or pleading that may be filed, including responsive pleadings, motions to dismiss the Complaint, or other motions (including, without limitation, motions for transfer or motions for remand), and this Stipulation and the fact of delay due to this stay may not be used in any way in support of or against any motion that may be filed by any party;

6. This Stipulation shall not act to shorten the time that any party would otherwise have to move or respond pursuant to the Federal Rules of Civil Procedure or any applicable local rules, and shall be without prejudice to any party's right to seek, and the opposing parties' right to oppose, an additional extension of time to file or respond; and

///
///
///
///
///
///

7. No defenses of any defendant to this action, including without limitation the defense of lack of personal jurisdiction, are prejudiced or waived by the submission of this Stipulation.

Dated: May 5, 2014

SIMPSON THACHER & BARTLETT LLP

By /s/
    Simona G. Strauss

Attorneys for Defendants Paul W. Bateman, Greg Billinger, Maston Cunningham, John Durbin, Edward M. Gabriel, Henry Lowenstein, James S. Mayer, and Loren J. Miller

Dated: May 5, 2014

AKERMAN LLP

By /s/
    Karen Palladino Ciccone

Attorneys for Defendant Lynn Blystone

Dated: May 5, 2014

COOKE KOBRICK & WU LLP

By /s/
    Christopher C. Cooke

Attorneys for Defendants Behrooz Sarafraz and Alfred Lopez

///
///

Dated: May 5, 2014

REED SMITH LLP

By /s/
James Neudecker

Attorneys for Defendant G. Thomas Gamble

Dated: May 5, 2014

K&L GATES LLP

By /s/
Charles Tea

Attorneys for Defendants K&L Gates LLP, Charles A. Dale III, and Joshua Lane

Dated: May 5, 2014

MARKUN ZUSMAN FRENIERE & COMPTON LLP

By /s/
Edward S. Zusman

Attorneys for Plaintiffs

**ORDER**

Pursuant to the parties' stipulation and pursuant to Rule 6-1(a) of the Civil Local Rules, the Court hereby adopts and approves the terms of the parties' stipulation set forth above. This action is stayed until June 20, 2014. The Case Management Conference is continued to September 25, 2014, at 10:00 a.m. A joint Case Management Statement is due on September 18, 2014.

IT IS SO ORDERED.

Dated: __5/7/14__          _____
                                             The Honorable Richard Seeborg
                                             United States District Judge