1  KEVIN K. ENG (SBN 209036)
   keng@mzclaw.com
2  MARKUN ZUSMAN FRENIERE & COMPTON  LLP
   465 California Street, 5th Floor
3  San Francisco, California  94104
   Telephone: (415) 438-4515
4  Facsimile:  (415) 434-4505

5  Attorneys for Plaintiffs

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11 STEVEN SIEGAL, JAMES RYBICKI, DAVID      ) Case No. 13 Civ. 3570-RS
   GROBLEBE, individually and as General Partner )
12 of GROBCO II, and CHRISTIAN WIPF, ON     ) **SEVENTH STIPULATION AND**
   BEHALF OF THEMSELVES AND ALL             ) **[PROPOSED] ORDER STAYING**
13 INDIVIDUALS SIMILARLY SITUATED,          ) **PROCEEDINGS**
                                            )
14                          Plaintiffs,)
                                            )
15              vs.                         )
                                            )
16 G. THOMAS GAMBLE, LOREN J. MILLER,       )
   HENRY LOWENSTEIN, PAUL W. BATEMAN,       )
17 EDWARD M. GABRIEL, JAMES S. MAYER,       )
   BEHROOZ SARAFRAZ, LYNN BLYSTONE,         )
18 ALFRED LOPEZ, MASTON CUNNINGHAM,         )
   JOHN DURBIN, GREG BILLINGER, K&L         )
19 GATES LLP, CHARLES A. DALE III, JOSHUA   )
   LANE, AND DOES 1 THROUGH 100,            )
20 INCLUSIVE,                               )
                                            )
21                          Defendants.)
   _____

22

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

---

Seventh Stipulation and [Proposed] Order Staying Proceedings          Case No. 13 Civ. 3570-RS

1    WHEREAS, on June 27, 2013, plaintiffs filed a Complaint (the "Complaint") in the

2   Superior Court of the State of California, County of San Francisco against the named defendants;

3    WHEREAS, on August 1, 2013, the action was timely removed from the Superior

4   Court of the State of California, County of San Francisco, to the United States District Court for

5   the Northern District of California;

6    WHEREAS, all parties have agreed that it is in the best interests of all parties to

7   explore the possibility of consensual resolution and to stay this litigation during that process;

8    WHEREAS, a mediation involving the parties and counsel in this action and in the

9   jointly administered proceedings in the United States Bankruptcy Court for the District of

10   Delaware (Case No. 12-12291 (MFW)) was held on November 12, 2013;

11    WHEREAS, the November 12, 2013 mediation was productive, but the parties

12   agreed that further mediation sessions would be beneficial, and accordingly subsequent mediation

13   sessions were held on January 8, 2014, and on February 7, 2014;

14    WHEREAS, a number of the parties have reached agreements in principle, and are

15   in the process of finalizing all the terms of their agreements, including procedures whereby

16   proceedings to effectuate the settlement would be addressed first, before proceeding with claims

17   against non-settling defendants;

18    WHEREAS, the settling parties have been working diligently to finalize the

19   settlement, but have not yet reached final terms due to the complexity of the case and number of

20   parties involved in this action and the Delaware proceedings;

21    WHEREAS, in furtherance of efforts to reach a consensual resolution, the parties

22   previously entered into stipulations to stay proceedings in this action temporarily, while preserving

23   any and all claims, defenses, or other rights they may have, and without prejudice to any party;

24    WHEREAS, the Court previously approved the parties' prior stipulations (See Doc.

25   Nos. 18, 22, 24, 32), and the most current stay lapsed on June 20, 2014;

26    WHEREAS, the parties believe that a further temporary stay of proceedings is

27   likely to conserve judicial economy and the parties' resources;

28   ///

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between and among all parties, subject to the approval of the Court, as follows (the "Stipulation"):

1.   The above-captioned action shall be stayed until September 5, 2014;

2.   Defendants' deadline to file a responsive pleading or a motion to dismiss the Complaint is extended until October 27, 2014;

3.   The Case Management Conference ("CMC") currently set for September 25, 2014 is continued until December 11, 2014.  All other deadlines listed in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly;

4.   The fact of this Stipulation shall not be used by any party in arguing against any motion or pleading that may be filed, including responsive pleadings, motions to dismiss the Complaint, or other motions (including, without limitation, motions for transfer or motions for remand), and this Stipulation and the fact of delay due to this stay may not be used in any way in support of or against any motion that may be filed by any party;

5.   This Stipulation shall not act to shorten the time that any party would otherwise have to move or respond pursuant to the Federal Rules of Civil Procedure or any applicable local rules, and shall be without prejudice to any party's right to seek, and the opposing parties' right to oppose, an additional extension of time to file or respond; and

6.   No defenses of any defendant to this action, including without limitation the defense of lack of personal jurisdiction, are prejudiced or waived by the submission of this Stipulation.

Dated:   August 11 , 2014                     SIMPSON THACHER & BARTLETT LLP


                                              By   /s/
                                                   Simona G. Strauss

                                              Attorneys for Defendants Paul W. Bateman, Greg
                                              Billinger, Maston Cunningham, John Durbin,
                                              Edward M. Gabriel, Henry Lowenstein, James S.
                                              Mayer, and Loren J. Miller

(Signatures continued)

1

Dated:   August 11, 2014                        AKERMAN LLP

2

3

                                                By   /s/
4                                                      Karen Palladino Ciccone

5                                               Attorneys for Defendant Lynn Blystone

6

7

Dated:   August 11, 2014                        COOKE KOBRICK & WU LLP

8

9                                               By   /s/
                                                       Christopher C. Cooke
10
                                                Attorneys for Defendants Behrooz Sarafraz and
11                                              Alfred Lopez

12

13

Dated:   August 11, 2014                        REED SMITH LLP

14

15                                              By   /s/
                                                       James Neudecker
16
                                                Attorneys for Defendant G. Thomas Gamble

17

18

Dated:   August 11, 2014                        K&L GATES LLP

19

20                                              By   /s/
                                                       Charles Tea
21
                                                Attorneys for Defendants K&L Gates LLP, Charles
22                                              A. Dale III, and Joshua Lane

23

24

Dated:   August 11, 2014                        MARKUN ZUSMAN FRENIERE & COMPTON
                                                LLP
25
                                                By   /s/
26                                                     Edward S. Zusman

27                                              Attorneys for Plaintiffs

28

Seventh Stipulation and [Proposed] Order Staying Proceedings          Case No. 13 Civ. 3570-RS

1

## <u>ORDER</u>

2

      Pursuant to the parties' stipulation and pursuant to Rule 6-1(a) of the Civil Local Rules, the

3

Court hereby adopts and approves the terms of the parties' stipulation set forth above.  This action

4

is stayed until September 5, 2014.  The Case Management Conference is continued to December

5

11, 2014, at 10:00 a.m.  A joint Case Management Statement is due on December 4, 2014.

6

IT IS SO ORDERED.

7

8

Dated:  _8/11/14_____

_____

The Honorable Richard Seeborg

9

United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

I, Kevin K. Eng, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order.  In compliance with Civil Local Rule 5-1, I hereby attest that Simona G. Strauss, Karen Ciccone, Christopher C. Cooke, James Neudecker, Charles Tea, and Edward S. Zusman concur in this filing.

/s/_____
Kevin K. Eng

Attorneys for Plaintiffs

Seventh Stipulation and [Proposed] Order Staying Proceedings          Case No. 13 Civ. 3570-RS