EDWARD S. ZUSMAN (SBN 154366)
ezusman@mzclaw.com
KEVIN K. ENG (SBN 209036)
keng@mzclaw.com
MARKUN ZUSMAN FRENIERE & COMPTON  LLP
465 California Street, 5th Floor
San Francisco, California  94104
Telephone: (415) 438-4515
Facsimile:  (415) 434-4505

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN SIEGAL, JAMES RYBICKI, DAVID GROBLEBE, individually and as General Partner of GROBCO II, and CHRISTIAN WIPF, ON BEHALF OF THEMSELVES AND ALL INDIVIDUALS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>G. THOMAS GAMBLE, LOREN J. MILLER, HENRY LOWENSTEIN, PAUL W. BATEMAN, EDWARD M. GABRIEL, JAMES S. MAYER, BEHROOZ SARAFRAZ, LYNN BLYSTONE, ALFRED LOPEZ, MASTON CUNNINGHAM, JOHN DURBIN, GREG BILLINGER, K&L GATES LLP, CHARLES A. DALE III, JOSHUA LANE, AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No. 13 Civ. 3570-RS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE EXCEEDING PAGE**<br>**LIMITATIONS** |

///

///

///

///

///

1  WHEREAS, Plaintiffs and certain Defendants (together, the "Settling Parties") have entered into a Settlement Agreement;

2  WHEREAS, pursuant to the Settlement Agreement, Plaintiffs will, on January 28, 2015, file a Motion For Preliminary Approval of the Settlement;

3  WHEREAS, the Settlement Agreement involves multiple parties, and implicates jointly administered proceedings currently in the United States Bankruptcy Court for the District of Delaware (Case No. 12-12291 (MFW)) (the "Bankruptcy Proceedings");

4  WHEREAS, Plaintiffs have been preparing their Motion and supporting documents in anticipation of the filing on January 28, 2015;

5  WHEREAS, the Court's Civil Local Rules provide for a 25-page limitation for motions (*see* Civil L.R. 7-2(b));

6  WHEREAS, Plaintiffs anticipate that they will require additional pages beyond the 25-page limit, due to the complexities of the case, including large number of parties, the related Bankruptcy Proceedings, and the multiple legal issues implicated in the Motion For Preliminary Approval of the Settlement;

7  WHEREAS, Plaintiffs believe the additional discussion will benefit the parties and the Court in that it will more clearly lay out the factual circumstances, procedural history, and discussion of the legal analysis relevant to the upcoming Motion;

8  WHEREAS, Plaintiffs request an additional 5 pages for their Motion;

9  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between and among all parties, subject to the approval of the Court, as follows (the "Stipulation"):

1. Plaintiffs' Administrative Motion to exceed page limitations shall be granted;

2. Plaintiffs' Memorandum In Support of Motion For Preliminary Approval shall be not more than 30 pages.

Dated:  January 22, 2015            SIMPSON THACHER & BARTLETT LLP

By  /s/_____
     George S. Wang

|   |   |   |
|---|---|---|
|   |   | Attorneys for Defendants Paul W. Bateman, Greg Billinger, Maston Cunningham, John Durbin, Edward M. Gabriel, Henry Lowenstein, James S. Mayer, and Loren J. Miller |

Dated:  January 22, 2015           AKERMAN LLP

By   /s/
       Karen Palladino Ciccone

Attorneys for Defendant Lynn Blystone

Dated:  January 23, 2015           By   /s/
                                          Behrooz Sarafraz

Defendant Pro Se

Dated:  January 21, 2015           COOKE KOBRICK & WU LLP

By   /s/
       Christopher C. Cooke

Attorneys for Defendant Alfred Lopez

Dated:  January 26, 2015           REED SMITH LLP

By   /s/
       James Neudecker

Attorneys for Defendant G. Thomas Gamble

Dated:  January 26, 2015           K&L GATES LLP

By   /s/
       Charles Tea

Attorneys for Defendants K&L Gates LLP, Charles A. Dale III, and Joshua Lane

3

1
2   Dated:  January 21, 2015                MARKUN ZUSMAN FRENIERE & COMPTON LLP
3
4                                            By   /s/
                                                  Kevin K. Eng
5
                                             Attorneys for Plaintiffs
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation and pursuant to Rule 7-11 of the Civil Local Rules, the Court hereby adopts and approves the terms of the parties' stipulation set forth above. Plaintiffs' Administrative Motion to exceed page limitations is granted. Plaintiffs' Memorandum In Support Of Motion For Preliminary Approval shall be not more than 30 pages in length.

IT IS SO ORDERED.

Dated: 1/26/15

_____
The Honorable Richard Seeborg
United States District Judge

**FILER'S ATTESTATION**

I, Kevin K. Eng, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order. In compliance with Civil Local Rule 5-1, I hereby attest that George S. Wang, Karen Ciccone, Behrooz Sarafraz, Christopher C. Cooke, James Neudecker, Charles Tea, and Kevin K. Eng concur in this filing.

/s/
Kevin K. Eng

Attorneys for Plaintiffs