United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    STEVEN SIEGAL, et al.,                          Case No.  13-cv-03570-RS

Plaintiffs,

8

9    v.                                              **ORDER AMENDING BRIEFING
                                                     SCHEDULE**

G. THOMAS GAMBLE, et al.,

10

Defendants.

11

12        Reserving the question of whether or not non-settling defendants have standing to object,

13   per the stipulation between plaintiffs and the non-settling defendant, the non-settling defendant has

14   until February 27, 2015 to file and serve an opposition to the motion for preliminary approval of

15   class action settlement filed by plaintiffs and certain other defendants.  Replies or statements

16   addressing this opposition shall be due March 10, 2015.  The hearing on this matter is continued to

17   March 26, 2015.

18

19   **IT IS SO ORDERED**.

20

21   Dated: February 11, 2015

22   _____

23   RICHARD SEEBORG
     United States District Judge

24
25
26
27
28