Joseph P. McMonigle, Bar No. 66811
John B. Sullivan, Bar No. 238306
Kate Kimberlin, Bar No. 261017
LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, California 94104
jmcmonigle@longlevit.com
jsullivan@longlevit.com
kkimberlin@longlevit.com
Telephone:   (415) 397-2222
Facsimile:    (415) 397-6392

Attorneys for Defendants
K&L GATES LLP, CHARLES DALE, III and
JOSHUA LANE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN SIEGAL, JAMES RYBICKI, DAVID GROBLEBE, individually and as General Partner of GROBCO II, and CHRISTIAN WIPF, ON BEHALF OF THEMSELVES AND ALL INDIVIDUALS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>G. THOMAS GAMBLE, LOREN J. MILLER, HENRY LOWENSTEIN, PAUL W. BATEMAN, EDWARD M. GABRIEL, JAMES S. MAYER, BEHROOZ SARAFRAZ, LYNN BLYSTONE, ALFRED LOPEZ, MASTON CUNNINGHAM, JOHN DURBIN, GREG BILLINGER, K&L GATES LLP, CHARLES A. DALE III, JOSHUA LANE, AND DOES 1 THROUGH 100, INCLUSIVE,,<br><br>Defendants. | Case No. 13 Civ. 3570-RS<br><br>[PROPOSED] ORDER GRANTING MOTION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Current Hearing:  March 26, 2015<br>Time:  1:30 p.m.<br>Judge:  Hon. Richard Seeborg<br>Courtroom:  3, 17th Floor |

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DOCS\S1980-015\746631.1

[PROPOSED] ORDER
CASE NO. 13 CIV. 3570-RS

1
2   After consideration of the Motion of Defendants K&L Gates LLP, Charles A. Dale III,
3 and Joshua Lane (collectively, "K&L") to Continue Hearing on Plaintiffs' Motion for Preliminary
4 Approval of Class Action Settlement ("Plaintiffs' Motion for Approval"), and any objections
5 thereto, IT IS HERBY ORDERED that the hearing on Plaintiffs' Motion for Approval is
6 continued from March 26, 2015 to May 21, 2015 at 1:30 p.m.
7
8   IT IS SO ORDERED.

Dated: 3/23/15

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DOCS\S1980-015\746631.1

1

[PROPOSED ORDER]
CASE NO. 13 CIV. 3570-RS