UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN SIEGAL, et al.,

    Plaintiffs,

v.

G. THOMAS GAMBLE, et al.,

    Defendants.

Case No. 13-cv-03570-RS

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE AND VACATING HEARINGS**

A case management conference is hereby scheduled for May 14, 2015 at 10:00AM for the purpose of determining, with all concerned parties present, an appropriate schedule for hearing the settling parties' motion for preliminary approval of class action settlement and class certification; the motion to dismiss and special motion to strike filed by defendants K&L Gates, LLP; and the motions to dismiss filed by Alfred Lopez and Behrood Sarafraz.  Each party shall file a report addressing the order of consideration of these matters and an update on the parallel proceedings before the bankruptcy court at least one week prior to the case management conference.  All other previously scheduled hearings in this matter are hereby vacated.

**IT IS SO ORDERED**.

Dated: April 28, 2015

_____
RICHARD SEEBORG
United States District Judge