UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SIEGAL, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>G. THOMAS GAMBLE, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-03570-RS<br><br>**ORDER STAYING RESPONSE DEADLINE** |

Plaintiffs and defendant K&L Gates, LLP stipulated on July 28, 2015 to an August 24, 2015 deadline for K&L Gates to respond to plaintiffs' First Amended Complaint. This deadline is suspended pending adjudication of all motions directed at plaintiffs' Initial Complaint, and K&L Gates is ordered to refrain from filing a response until further notice.

**IT IS SO ORDERED**.

Dated: August 4, 2015

_____
RICHARD SEEBORG
United States District Judge