UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVEN SIEGAL, et al., | |
|---|---|
| Plaintiffs, | Case No. 13-cv-03570-RS |
| v. | **ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT WITHOUT PREJUDICE** |
| G. THOMAS GAMBLE, et al., | |
| Defendants. | Re: Dkt. No. 43 |

The Plaintiffs and some of the defendants have reached a settlement agreement. The Plaintiffs filed a motion for preliminary approval of the class action settlement. There is, however, a parallel motion for preliminary approval of the very same proposed settlement in the U.S. Bankruptcy Court for the District of Delaware. To prevent unnecessary litigation, the parties have agreed that the proper course of action is to wait until the Bankruptcy Court rules on the motion for preliminary approval of class settlement. Thus, the Plaintiffs' motion for preliminary approval is denied without prejudice. After the Bankruptcy Court issues its ruling, the Plaintiffs may file a renewed motion for preliminary approval of class action settlement.

Dated: September 28, 2015

_____
RICHARD SEEBORG
United States District Judge