Edward S. Zusman (SBN 154366)
ezusman@mzclaw.com
Kevin K. Eng (SBN 209036)
keng@mzclaw.com
MARKUN ZUSMAN FRENIERE & COMPTON LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN SIEGAL, JAMES RYBICKI, DAVID GROBLEBE, individually and as General Partner of GROBCO II, and CHRISTIAN WIPF, ON BEHALF OF THEMSELVES AND ALL INDIVIDUALS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>G. THOMAS GAMBLE, LOREN J. MILLER, HENRY LOWENSTEIN, PAUL W. BATEMAN, EDWARD M. GABRIEL, JAMES S. MAYER, BEHROOZ SARAFRAZ, LYNN BLYSTONE, ALFRED LOPEZ, MASTON CUNNINGHAM, JOHN DURBIN, GREG BILLINGER, K&L GATES LLP, CHARLES A. DALE III, JOSHUA LANE, AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No. 13 Civ. 3570-RS<br><br>**STIPULATION TO MODIFY SCHEDULING ON K&L GATES'S PENDING MOTIONS; [PROPOSED] ORDER** |

WHEREAS, on October 7, 2015, Defendant K&L Gates LLP filed a Motion To Dismiss the Second Amended Complaint (Dkt. 129) and a Motion To Strike Plaintiffs' Eighth Cause of Action (Dkt. 130) (collectively, the "K&L Motions");

WHEREAS, the hearing for both of the K&L Motions was set for November 19, 2015, at 1:30 p.m.;

1  WHEREAS, Plaintiffs' counsel has a conflict with the November 19, 2015 hearing date;

2  WHEREAS, Plaintiffs' counsel has a number of preexisting deadlines during the week of
3  October 19, 2015;

4  WHEREAS, Plaintiffs' opposition to the K&L Motions is currently due October 21, 2015;

5  WHEREAS, Plaintiffs request a two-week extension to prepare and file oppositions to the
6  K&L Motions;

7  WHEREAS, K&L has granted Plaintiffs' request for an extension; and

8  WHEREAS, K&L believes it is appropriate for the K&L Motions be decided before a
9  renewed motion for preliminary approval of settlement;

10  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between
11  Plaintiffs and K&L Gates, subject to the approval of the Court, that:

12  (1)  The hearing on the K&L Motions shall be continued to January 14, 2016;

13  (2)  Oppositions to the K&L Motions shall be filed on or before November 4, 2015;

14  (3)  Reply briefs in support of the K&L Motions shall be filed on or before November
15  18, 2015;

16  (4)  Plaintiffs' renewed Motion For Preliminary Approval of Settlement ("Preliminary
17  Approval Motion"), shall be set for hearing no earlier than February 18, 2016, or after the K&L
18  Motions have been decided, whichever date is later.

19  Dated:  October 16, 2015           MARKUN ZUSMAN FRENIERE & COMPTON
                                       LLP
20
                                       By   /s/ *Kevin K. Eng*
21                                          Edward S. Zusman
                                            Kevin K. Eng
22
                                       Attorneys for Plaintiffs
23

24  Dated:  October 16, 2015           LONG & LEVIT LLP

25
                                       By   /s/ *John B. Sullivan*
26                                          Joseph P. McMonigle
                                            John B. Sullivan
27                                          Kate G. Kimberlin

28                                     Attorneys for Defendants K&L Gates LLP

# [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation and pursuant to Rule 7-11 of the Civil Local Rules, the Court hereby adopts and approves the terms of the parties' stipulation set forth above, and orders that:

(1) The hearing on K&L Gates's Motions (Dkt. Nos. 129, 130) shall be continued to January 14, 2016, 1:30 p.m.;

(2) Oppositions to the K&L Motions shall be filed on or before November 4, 2015;

(3) Reply briefs in support of the K&L Motions shall be filed on or before November 18, 2015;

(4) Plaintiffs' renewed Motion For Preliminary Approval of Settlement ("Preliminary Approval Motion"), shall be set for hearing no earlier than February 18, 2016, or after the K&L Motions have been decided, whichever date is later.

**IT IS SO ORDERED.**

Dated: 10/19/15

_____
The Honorable Richard Seeborg
United States District Judge