Edward S. Zusman (SBN 154366)
ezusman@mzclaw.com
Kevin K. Eng (SBN 209036)
keng@mzclaw.com
MARKUN ZUSMAN FRENIERE & COMPTON LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN SIEGAL, JAMES RYBICKI, DAVID GROBLEBE, individually and as General Partner of GROBCO II, and CHRISTIAN WIPF, ON BEHALF OF THEMSELVES AND ALL INDIVIDUALS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>G. THOMAS GAMBLE, LOREN J. MILLER, HENRY LOWENSTEIN, PAUL W. BATEMAN, EDWARD M. GABRIEL, JAMES S. MAYER, BEHROOZ SARAFRAZ, LYNN BLYSTONE, ALFRED LOPEZ, MASTON CUNNINGHAM, JOHN DURBIN, GREG BILLINGER, K&L GATES LLP, CHARLES A. DALE III, JOSHUA LANE, AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No. 13 Civ. 3570-RS<br><br>**STIPULATION TO MODIFY SCHEDULING ON DR. ALFRED LOPEZ'S MOTION TO DISMISS; [~~PROPOSED~~] ORDER** |

WHEREAS, on October 5, 2015, Defendant Alfred Lopez filed a Motion To Dismiss the Second Amended Complaint (Dkt. 126);

WHEREAS, the hearing for Defendant's Motion was set for November 19, 2015, at 1:30 p.m.;

///

1   WHEREAS, Plaintiffs' counsel has a conflict with the November 19, 2015 hearing date;

2   WHEREAS, Plaintiffs' counsel has a number of preexisting deadlines during the week of
3   October 19, 2015;

4   WHEREAS, Plaintiffs' opposition to Defendant's Motion is currently due October 19,
5   2015;

6   WHEREAS, Plaintiffs request a two-week extension to prepare and file oppositions to the
7   Defendant's Motion;

8   WHEREAS, Defendant has granted Plaintiffs' request for an extension; and

9   WHEREAS, Defendant believes it is appropriate for his Motion to be decided before a
10  renewed motion for preliminary approval of settlement;

11  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between
12  Plaintiffs and Defendant Lopez, subject to the approval of the Court, that:

13  (1)   The hearing on Defendant's Motion shall be continued to January 14, 2016;

14  (2)   Opposition papers to the Motion shall be filed on or before November 4, 2015;

15  (3)   Reply papers in support of the Motion shall be filed on or before November 18,
16  2015;

17  (4)   Plaintiffs' renewed Motion For Preliminary Approval of Settlement ("Preliminary
18  Approval Motion"), shall be set for hearing no earlier than February 18, 2016, or after the
19  Defendant's Motion has been decided, whichever date is later.

20  Dated:   October 16, 2015          MARKUN ZUSMAN FRENIERE & COMPTON
                                        LLP
21
22                                      By   /s/ *Kevin K. Eng*
                                             Edward S. Zusman
23                                           Kevin K. Eng

24                                      Attorneys for Plaintiffs

25  Dated:   October 16, 2015          MURPHY COOKE KOBRICK LLP

26
27                                      By   /s/ *Christopher Cooke*
                                             Christopher Cooke
28
                                        Attorneys for Defendant Dr. Alfred Lopez

# [PROPOSED] ORDER

Pursuant to the parties' stipulation and pursuant to Rule 7-11 of the Civil Local Rules, the Court hereby adopts and approves the terms of the parties' stipulation set forth above, and orders that:

(1)   The hearing on Defendant's Motion (Dkt. No. 126) shall be continued to January 14, 2016, 1:30 p.m.;

(2)   Opposition papers to the Motion shall be filed on or before November 4, 2015;

(3)   Reply papers in support of the Motion shall be filed on or before November 18, 2015;

(4)   Plaintiffs' renewed Motion For Preliminary Approval of Settlement ("Preliminary Approval Motion"), shall be set for hearing no earlier than February 18, 2016, or after the Motion has been decided, whichever date is later.

**IT IS SO ORDERED.**

Dated: 10/19/15

The Honorable Richard Seeborg
United States District Judge