EDWARD S. ZUSMAN (SBN 154366)
ezusman@mzclaw.com
KEVIN K. ENG (SBN 209036)
keng@mzclaw.com
MARKUN ZUSMAN FRENIERE & COMPTON  LLP
465 California Street, Suite 401
San Francisco, California  94104
Telephone: (415) 438-4515
Facsimile:  (415) 434-4505

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN SIEGAL, JAMES RYBICKI, DAVID GROBLEBE, individually and as General Partner of GROBCO II, and CHRISTIAN WIPF, ON BEHALF OF THEMSELVES AND ALL INDIVIDUALS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>G. THOMAS GAMBLE, LOREN J. MILLER, HENRY LOWENSTEIN, PAUL W. BATEMAN, EDWARD M. GABRIEL, JAMES S. MAYER, BEHROOZ SARAFRAZ, LYNN BLYSTONE, ALFRED LOPEZ, MASTON CUNNINGHAM, JOHN DURBIN, GREG BILLINGER, AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No. 3:13-cv-03570-RS<br><br>[~~PROPOSED~~] JUDGMENT |

///

///

///

///

///

///

1    On October 14 , 2016, the Court granted the Motion For Final Approval of Class Action

2  Settlement submitted by Plaintiffs Steven Siegal, James Rybicki, David Groblebe, individually and

3  as General Partner of Grobco II, and Christian Wipf ("Plaintiffs"), and found the Settlement

4  Agreement and Release ("Agreement") entered into by and among Defendants Paul Bateman, Greg

5  Billinger, Maston Cunningham, John Durbin, Edward Gabriel, Henry Lowenstein, James Mayer,

6  and Loren Miller (the "TVC Outside Directors and Officers"); F. Lynn Blystone; G. Thomas

7  Gamble and George T. Gamble 1991 Trust (collectively "Gamble") (all of whom are collectively

8  referred to as the "Settling Defendants"); and Plaintiffs to be fair, reasonable and adequate to the

9  Settlement Class. The Court issued an Order thereon (the "Final Approval Order"). On that same

10  date, the Court granted Plaintiffs' Motion For an Order Awarding Attorney's Fees and Costs. The

11  Court issued an Order thereon (the "Attorney's Fee Order").

12    Now, therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

13    1.    Except as set forth above and in the Agreement, the Final Approval Order, and the

14  Attorney's Fee Order, Plaintiffs and the class shall take nothing by their Complaint in this action as

15  to the Settling Defendants;

16    2.    This judgment applies only to the Settling Defendants; Plaintiffs may continue

17  litigating their claims against any parties not included among the Settling Defendants; and

18    3.    Pursuant to the Agreement and the Final Approval Order, this Court shall retain

19  jurisdiction over all matters relating to the interpretation, administration, implementation,

20  effectuation and enforcement of the Final Approval Order and the Settlement.

21

22

23  Dated:  10/14/16

24  _____
    The Honorable Richard Seeborg
    United States District Judge

25

26

27

28

[PROPOSED] JUDGMENT